IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN A. CLINE                                                                                    PLAINTIFF

VS.                                        CASE NO. 2:15CV00132 JM

JOHN DOE BRINKLEY
POLICE OFFICER, ET AL.                                                          DEFENDANTS

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED 16th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE